# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson,**

    Plaintiff,

v.

**Shiva Rental, LLC**,

    Defendants.

Case: 2:16-cv-02239-MCE-AC

[~~PROPOSED~~] ORDER ON REQUEST TO VACATE DEBTOR EXAM

Date: 4/15/2020
Time: 10:00 a.m.
Courtroom: 26

## ORDER

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exam for Arun Patel, Manager Shiva Rentals, LLC, scheduled for 4/15/20 is vacated.

IT IS SO ORDERED.

Dated: February 24, 2020

                                                  Hon. Allison Claire
                                                  US MAGISTRATE JUDGE

(Proposed) Order on Request to Vacate Exam